**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1066**

JENNIFER C. LAWRENCE,

Plaintiff - Appellant,

v.

WAL-MART STORES EAST, LP,

Defendant - Appellee,

and

FAIRFAX WALMART SUPERCENTER #2015; WAL-MART ASSOCIATES, INC.; WALMART INC.; WAL-MART REAL ESTATE BUSINESS TRUST; WAL-MART STORES, INC.,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:20-cv-00130-LMB-MSN)

Submitted: March 24, 2022            Decided: March 31, 2022

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** D. Cory Bilton, BILTON LAW FIRM, PLLC, Washington, D.C., for Appellant. John M. Murdock, POTTER & MURDOCK, PC, Falls Church, Virginia, for

Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer C. Lawrence appeals the district court's order granting summary judgment to Wal-Mart in Lawrence's tort action arising out of a fall in the store. We have reviewed the parties' briefs and the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the December 15, 2020, hearing on the motion for summary judgment. *Lawrence v. Wal-Mart Stores E., L.P.*, No. 1:20-cv-00130-LMB-MSN (E.D. Va. filed Dec. 15, 2020 & entered Dec. 16, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*